# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| JOHN EDWARD PATTERSON, | ) | |
| Petitioner, | ) | Civil Action No. 7:15cv00671 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| HAROLD W. CLARK, | ) | By: Norman K. Moon |
| Respondent. | ) | United States District Judge |

On March 10, 2016, the court conditionally filed Patterson's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. The order was returned to the court as undeliverable and marked "Return to Sender: Not at this address." No forwarding address was given and Patterson has not provided the court with an updated address. Inasmuch as the court has no means of contacting Patterson, it is hereby **ORDERED** that this action is **DISMISSED without prejudice** and **STRICKEN** from the active docket of this court. Patterson is advised that he may refile his claims in a separate action.

The Clerk is directed to send a copy of this order to the petitioner at his last known address.

ENTER: This 18th day of March, 2016.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE